# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sara Preston, | No. CV-24-00583-TUC-LCK |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On December 5, 2024, Magistrate Judge Lynette C. Kimmins issued a Report and Recommendation ("R&R"), recommending that the District Court enter an order denying Plaintiff Sara Preston's Application for Leave to Proceed In Forma Pauperis ("IFP Application") (Doc. 2) and directing her to pay the filing fee or her Complaint would be subject to dismissal. (Doc. 6.) Judge Kimmins notified the parties they had fourteen days to object to the R&R. (*Id.*) No objections have been filed.

The standard of review of a magistrate judge's R&R is dependent upon whether a party objects: where there is no objection to a magistrate's factual or legal determinations, the district court need not review the decision "under a *de novo* or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The Court has reviewed the IFP Application and the R&R and agrees with the Magistrate Judge's conclusions.

///

///

1 | Accordingly, IT IS ORDERED the Magistrate Judge's R&R is ADOPTED (Doc.
2 | 6) and the IFP Application is DENIED (Doc. 2). Plaintiff shall have thirty (30) days
3 | from the date of this order to pay the fling fee or her Complaint will be dismissed.
4 | Dated this 6th day of January, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge

- 2 -