**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sara Preston, | No. CV-24-00583-TUC-JGZ (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Lynnette C. Kimmins. (Doc. 30.) Magistrate Judge Kimmins recommends remanding this matter to the Administrative Law Judge (ALJ) for a new hearing and further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). (*Id.*)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Kimmins's recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

Accordingly,

//

//

//

IT IS ORDERED that:

1.    Magistrate Judge Kimmins' Report and Recommendation (Doc. 30) is **accepted and adopted**;

2.    This matter is remanded to the ALJ for a new hearing and further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

3.    The Clerk of Court shall enter judgment accordingly and close the file in this action.

Dated this 30th day of October, 2025.

Jennifer G. Zipps
Chief United States District Judge